| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sondial Properties, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-1270406** |
| **4.** | **Debtor's address** | **Principal place of business**  **1670 Scott Boulevard**  **Suite 100**  **Decatur, GA 30033**  Number, Street, City, State & ZIP Code  **DeKalb**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Sondial Properties, LLC** _____  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Sondial Properties, LLC** _____ Case number (*if known*)_____
       Name

11. **Why is the case filed in *this district?*** *Check all that apply:*
    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ■ No
    - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

---

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**   *Check one:*
    - ☐ Funds will be available for distribution to unsecured creditors.
    - ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ■ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor  **Sondial Properties, LLC**
        Name
                                                                        Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 1, 2016**
               MM / DD / YYYY

X  **/s/ Alphonso Waters**                                    **Alphonso Waters**
   Signature of authorized representative of debtor            Printed name

Title  **Managing Member**

**18. Signature of attorney**

X  **/s/ George M. Geeslin**                           Date  **August 1, 2016**
   Signature of attorney for debtor                           MM / DD / YYYY

**George M. Geeslin**
Printed name

**George M. Geeslin**
Firm name

**Two Midtown Plaza, Ste 1350**
**1349 West Peachtree Street**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone  **(404) 841-3464**    Email address  **George@GMGeeslinLaw.com**

**288725**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **Sondial Properties, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Al Waters and Sondi Waters<br>1670 Scott Blvd.<br>Suite 102<br>Decatur, GA 30033 | | | | | | $2,353,498.00 |
| Family Practice of Atl. Med. Group<br>1670 Scott Blvd<br>Suite 102<br>Decatur, GA 30033 | | | | | | $1,798,000.00 |
| RimFire Electrical<br>P.O. Box 201290<br>Cartersville, GA 30120 | | | | | | $9,500.00 |
| Conyers Winnelson co<br>1865 Rock Chapel Road<br>Lithonia, GA 30058 | | | | | | $5,499.14 |
| Xenon Cleaning<br>5130 Hacyon Drive<br>Atlanta, GA 30349 | | | | | | $1,875.00 |
| CNA Insurance<br>P.O. Box 790094<br>Saint Louis, MO 63179 | | | | | | $1,841.34 |
| Vander Rawlings<br>101 Davis Mill Ct.<br>Lawrenceville, GA 30044 | | | | | | $1,000.00 |
| Georgia Power<br>96 Annex<br>Atlanta, GA 30396 | | | | | | $779.00 |
| Bagby Elevators<br>P.O. Box 320919<br>Birmingham, AL 35232 | | | | | | $750.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Sondial Properties, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dekalb Co. Water** P.O. Box 105942 Atlanta, GA 30348 | | | | | | $698.88 |
| **Stanley Security** SCSS Dept. Ch. 10651 Palatine, IL 60055 | | | | | | $329.00 |
| **AT&T** P.O. Box 105262 Atlanta, GA 30348 | | | | | | $249.59 |
| **Dekalb Co. Sanitation** P.O. Box 105942 Atlanta, GA 30348 | | | | | | $174.72 |
| **Arrow Exterminator** P.O. Box 142127 Fayetteville, GA 30214 | | | | | | $160.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Sondial Properties, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **14500.00** |
   | Prior to the filing of this statement I have received | $ **14500.00** |
   | Balance Due | $ **0.00** |

2. $ **1717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor    ☑ Other (specify):  **Al Waters**

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☑ Other (specify):  **Al Waters**

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*Date*

**George M. Geeslin 288725**  
*Signature of Attorney*  
**George M. Geeslin**  
**Two Midtown Plaza, Ste 1350**  
**1349 West Peachtree Street**  
**Atlanta, GA 30309**  
**(404) 841-3464  Fax: 8662532313**  
**George@GMGeeslinLaw.com**  
*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Sondial Properties, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 1, 2016**

**/s/ Alphonso Waters**
**Alphonso Waters**/**Managing Member**
Signer/Title

.

Al Waters and Sondi Waters
1670 Scott Blvd.
Suite 102
Decatur, GA 30033


Arrow Exterminator
P.O. Box 142127
Fayetteville, GA 30214


AT&T
P.O. Box 105262
Atlanta, GA 30348


Bagby Elevators
P.O. Box 320919
Birmingham, AL 35232


CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179


Conyers Winnelson co
1865 Rock Chapel Road
Lithonia, GA 30058


CPIF Decatur Office, LLC
ATTN: Kevin Quinn
c/o 1910 Fairview Avenue East
Suite 200
Seattle, WA 98102


Dekalb Co. Sanitation
P.O. Box 105942
Atlanta, GA 30348


Dekalb Co. Water
P.O. Box 105942
Atlanta, GA 30348

Family Practice of Atl. Med. Group
1670 Scott Blvd
Suite 102
Decatur, GA 30033

Georgia Power
96 Annex
Atlanta, GA 30396

Onset Equipment
P.O. Box 45385
Salt Lake City, UT 84145

RimFire Electrical
P.O. Box 201290
Cartersville, GA 30120

Robert W. Sargeant, Esq.
Williams, Kastner & Gibbs, PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101

Stanley Security
SCSS Dept. Ch. 10651
Palatine, IL 60055

Vander Rawlings
101 Davis Mill Ct.
Lawrenceville, GA 30044

William G. Rothschild, Esq.
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309

```
Xenon Cleaning
5130 Hacyon Drive
Atlanta, GA 30349
```